## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daltinya Boykin<br>_Debtor(s)_ | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>_Moving Party_<br>vs. | NO. 17-16939 amc |
| Daltinya Boykin<br>_Debtor(s)_ | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>_Trustee_ | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 TOYOTA CAMRY, VIN: 4T1BF1FK0FU965024  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 25th   day of Sept.    , 2018.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Daltinya Boykin
1128 E. Slocum Street
Philadelphia, PA 19150

Paul H. Young, Young, Marr & Associates 3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532