# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Daltinya Boykin<br>　　　　　　　　Debtor(s) | | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　　Movant<br>　　vs.<br>Daltinya Boykin<br>　　　　　　　　Debtor(s) | | NO. 17-16939 AMC |
| William C. Miller Esq.<br>　　　　　　　　Trustee | | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 28th day of May, 2019 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on _December 4, 2018_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Daltinya Boykin  
1128 East Slocum Street  
Philadelphia, PA 19150  

Paul H. Young, Esq.  
3554 Hulmeville Road  
Suite 102  
Bensalem, PA 19020  

William C. Miller Esq.  
Chapter 13 Trustee  
PO Box 1229  
Philadelphia, PA 19105  

KML Law Group, P.C.  
Suite 5000 – BNY Mellon Independence Center  
701 Market Street  
Philadelphia, PA 19106-1532