# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                     Chapter 13

                     Bankruptcy No. 17-16939-AMC

DALTINYA BOYKIN

1128/ E. SLOCUM STREET

PHILADELPHIA, PA 19150

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DALTINYA BOYKIN

1128/ E. SLOCUM STREET

PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 9/24/2019

                                              /S/ William C. Miller
                                              _____
                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee