**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                             Chapter 13

                             Bankruptcy No. 17-16939-AMC

DALTINYA BOYKIN

1128/ E. SLOCUM STREET

PHILADELPHIA, PA 19150

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DALTINYA BOYKIN

    1128/ E. SLOCUM STREET

    PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 12/3/2019                          /S/ William C. Miller
                                                              _____
                                                              William C. Miller, Esquire
                                                              Chapter 13 Standing Trustee