**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   **DALTINYA BOYKIN** | : | **CHAPTER 13** |
| | : | |
| **Debtor(s)** | : | **BANKRUPTCY NO. 17-16939** |

## ORDER

AND NOW, this                day of                      , 2020, upon consideration of

the Motion to Modify Chapter 13 Plan filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be allowed to Modify the Amended Plan by filing a Third

Amended Plan.

**Date: June 23, 2020**

_____
J.