Certificate Number: 03621-PAE-DE-035285319

Bankruptcy Case Number: 17-16939



03621-PAE-DE-035285319

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2021, at 10:10 o'clock AM EST, Daltinya Boykin completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 20, 2021

By: /s/Wafaa Elmaaroufi

Name: Wafaa Elmaaroufi

Title: Credit Counselor